IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

KELWIN DEWAYNE ADAMS     PLAINTIFF

      v.        Civil No. 06-3074

ALVIN DALE BOLEN; Transport
Officer; EDDIE WHITMIRE; Deputy;
DONALD KOPPENHAVENR, Investigator; and
BRIAN STOCKTON, Jail Administrator, all
of the Searcy County Detention Center     DEFENDANTS

## ORDER

Kelwin Dewayne Adams has notified the court of a change of address. The court hereby directs the same to be entered of record this date and a file-marked copy provided to all parties of record. The clerk is also directed to re-mail to plaintiff any pleadings or correspondence which may have been returned as undeliverable.

Plaintiff's new address is:

    Mr. Kelwin Dewayne Adams
    15615 Talon Lane
    St. Robert, MO  65584

Plaintiff has also advised the court that the name of one of the defendants is mis-spelled. Accordingly, the **clerk is directed to note on the docket sheet that the correct spelling of the last name of the defendant currently listed on the docket sheet as Donald Kopenhaver is: Koppenhavener.**

IT IS SO ORDERED this 24th day of January 2007.

                         /s/ *J. Marschewski*
                         HON. JAMES R. MARSCHEWSKI
                         UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)