IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

KELWIN DEWAYNE ADAMS                                                                          PLAINTIFF

             v.                          Civil No. 06-3074

ALVIN DALE BOLEN; Transport
Officer; EDDIE WHITMIRE; Deputy;
DONALD KOPPENHAVENER, Investigator; and
BRIAN STOCKTON, Jail Administrator, all
of the Searcy County Detention Center                                                         DEFENDANTS

## ORDER

On June 8, 2007, defendants filed a motion to compel answers to discovery requests (Doc. 15). Defendants state they propounded interrogatories and requests for production of documents to the plaintiff on March 22, 2007. To date, defendants state they have not received plaintiff's responses or any communication from the plaintiff regarding his responses.

Under the Federal Rules of Civil Procedure, plaintiff had thirty (30) days to respond to the discovery requests. Fed. R. Civ. P. 33(b)(3) & 34(b). Plaintiff did not request an extension of time to respond to the discovery requests. Therefore, plaintiff has failed to respond in the time provided by law.

Accordingly, defendants' motion to compel is granted. Plaintiff is directed to provide defendants with the required responses to the discovery requests **by 5:00 p.m. on July 3, 2007.** By order entered on March 28, 2007 (Doc. 13), the court had directed the defendants to file a summary judgment motion by July 13, 2007. As defendants will no doubt need the discovery responses from the plaintiff to file their summary judgment motion, defendants are given an extension of time until **August 31, 2007**, to file their summary judgment motion.

IT IS SO ORDERED this 14th day of June 2007.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)