IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION


KELWIN DEWAYNE ADAMS                                    PLAINTIFF

v.                          Civil No. 06-3074

ALVIN DALE BOLEn; Transport
Officer; EDDIE WHITMIRE; Deputy;
DONALD KOPPENHAVENER, Investigator;
and BRIAN STOCKTON, Jail Administrator,
all of the Searcy County Detention
Center                                                 DEFENDANTS

O R D E R

Now on this 16th day of August, 2007, comes on for
consideration the **Report and Recommendation of the Magistrate
Judge, Hon. James R. Marschewski** (document #20, filed July 24,
2007), to which no objections have been filed, and the Court,
having carefully reviewed said Report and Recommendation, finds
that it is sound in all respects, and that it should be adopted
*in toto*.

IT IS THEREFORE ORDERED that the **Magistrate Judge's Report
and Recommendation is adopted *in toto*.**

IT IS FURTHER ORDERED that, for the reasons stated in the
Magistrate Judge's Report and Recommendation, defendants' motion
to dismiss is hereby **granted and this case is dismissed.**

IT IS SO ORDERED.


/s/Jimm Larry Hendren
HON. JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE